IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
NOV 17 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEARCH OF: ) NO. 3:14 MJ 236 -3
)
1050 Tara Lane Apartment # 6 )
Charlotte, North Carolina )
)
)
)
)
)

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 17 day of November, 2014.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE